UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN SWIST, Individually and KEVIN SWIST, p.p.a. RYAN JOSEPH SWIST, a minor | : | |
| v. | : | C.A. No. 04-368 S |
| MAASDAM POW'R-PULL, INC. | : | |

***DISMISSAL STIPULATION***

It is hereby agreed by and between the parties that the above-captioned matter be dismissed, with prejudice, no interest, no costs.

Robert D. Parrillo, Esq. #0798
*Attorney for Plaintiff*
128 Dorrance Street, Suite 450
Providence, Rhode Island 02903
(401) 273-3373
*Fax* (401) 272-2272

Thomas C. Angelone, Esq. #1373
*Attorney for Defendant*
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Angelo R. Marocco, Esq. #1766
*Attorney for Plaintiff*
1200 Reservoir Avenue
Cranston, Rhode Island 02920
(401) 946-3030
*Fax* (401) 946-5006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/31/05

Dated: May 31, 2005

## ***CERTIFICATION***

I hereby certify that on this 31st day of May, 2005, I caused a copy of the within ***Dismissal Stipulation*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Robert D. Parrillo, Esq.
128 Dorrance Street, Suite 450
Providence, RI 02903

Angelo R. Marocco, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

Mary V. Coulon

/mvc